UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DONNA SMITH                                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 5:07 cv 175 DCB-JMR

O. J. PACKNETT, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS DEPUTY SHERIFF OF WILKINSON
COUNTY, MISSISSIPPI; REGINALD JACKSON,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS
SHERIFF OF WILKINSON COUNTY, MISSISSIPPI and
WILKINSON COUNTY, MISSISSIPPI                                                    DEFENDANTS

**IMMUNITY SCHEDULING ORDER AND
ORDER GRANTING STAY
PURSUANT TO LOCAL RULE 16.1(B)(4)**

THIS CAUSE came on to be heard on the separate motions of O.J. Packnett, in his individual capacity, and Reginald Jackson, in his individual capacity (collectively the "Individual Defendants") to stay in this matter pursuant to Local Rule 16.1(B)(4), and the Court, having heard and considered the same, is of the opinion that such motions should be granted:

IT IS THEREFORE ORDERED that:

1.      All discovery not related to the issue of Individual Defendants' qualified immunity, is stayed pending the Court's ruling on Individual Defendants' separate motions to dismiss, including any appeal thereof.  Such discovery on those issues shall be completed within ninety (90) days of the date of entry of this order.  Defendants shall supplement their Motions to Dismiss with any additional arguments within fifteen (15) days following completion of discovery, Plaintiff shall respond to the motions within ten (10) days of receipt of Defendants' Amended Motion to Dismiss and Defendant's may reply within five (5) days of Plaintiff's response.

2.      Counsel for Plaintiff shall notify the undersigned within (10) days of the entry of a ruling on the Defendants' qualified immunity defenses.

-2-

SO ORDERED, this the  12th  day of    March    , 2008.


                                                                         s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Clark Monroe (MSB #9810)
Benny M. "Mac" May (MSB #100108)
DunbarMonroe, PLLC
1885 Lakeland Drive, Suite P-121
Jackson, Mississippi  39216
Telephone:  (601) 366-1805
Facsimile:  (601) 366-1885